# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re   YOLETTE DESROSIERS | : | Case No:  20-14636 pmm |
| | : | **Chapter 13** |
| **Debtor** | : | |

## ORDER OF COURT

AND NOW, this 21st day of December, 2020, upon consideration of the above Debtor's Motion for Extension of Time to File Chapter 13 Statement, Schedules, and Plan.

IT IS HEREBY ORDERED that Debtor's Motion is granted and Debtors shall file the said documents on or before December 31, 2020.

BY THE COURT,

*Patricia M. Mayer*
_____
U.S. Bankruptcy Judge
Hon. Patricia M. Mayer