<u>**EASTERN DISTRICT OF PENNSYLVANIA**</u>

| | | |
|---|---|---|
| **IN RE: Yolette Desrosiers,** | : | Chapter 13 |
| | : | |
| **Debtor** | : | Bky. No. 20-14636 PMM |

**ORDER TO SHOW CAUSE WHY
DEBTOR'S CASE SHOULD NOT BE DISMISSED**

**AND NOW,** the Debtor having failed to pay the required filing fee of $313.00, <u>see</u> doc. no. 6, which was due on or before December 11, 2020;

It is hereby **ORDERED** that a hearing shall be held **on Tuesday, January 12, 2021 at 11:00 a.m.** to consider whether this bankruptcy case should be **DISMISSED**. The hearing will be conducted telephonically. The dial-in phone number is 1-888-636-3807 and the access code is 4954493.

Date: <u>December 29, 2020</u>

                                       **PATRICIA M. MAYER**
                                       **U.S. BANKRUPTCY JUDGE**