United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Yolette Desrosiers  
    Debtor(s)

Case No. 20-14636-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Adminstra      Page 1 of 1  
Date Rcvd: Dec 29, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Yolette Desrosiers, 318 W. Wilkes Barre Street, Easton, PA 18042-6531 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:

**Name      Email Address**

REBECCA ANN SOLARZ  
     on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com

ROBERT GLAZER  
     on behalf of Debtor Yolette Desrosiers usbcglazer@gmail.com

SCOTT F. WATERMAN (Chapter 13)  
     ECFMail@ReadingCh13.com

TOTAL: 3

**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Yolette Desrosiers,         :        Chapter 13
                                   :
         Debtor                    :        Bky. No. 20-14636 PMM

**ORDER TO SHOW CAUSE WHY
DEBTOR'S CASE SHOULD NOT BE DISMISSED**

**AND NOW,** the Debtor having failed to pay the required filing fee of $313.00, see doc. no. 6, which was due on or before December 11, 2020;

It is hereby **ORDERED** that a hearing shall be held **on Tuesday, January 12, 2021 at 11:00 a.m.** to consider whether this bankruptcy case should be **DISMISSED**. The hearing will be conducted telephonically. The dial-in phone number is 1-888-636-3807 and the access code is 4954493.

Date: **December 29, 2020**         _____
                                    **PATRICIA M. MAYER
                                    U.S. BANKRUPTCY JUDGE**