Selene Finance
9990 Richmond, Suite 400 South
Houston, TX 77042-4546

US Department of Education
PO Box 2837
Portland, OR 97208-2837

Wells Fargo Auto
PO Box 5265
Sioux Falls, SD 57117-5265

Wilmington Savings Fund Society
d/b/a Christiana Trust
Trustee for Petium Mortgage Acquisition
9990 Richmond Avenue, Suite 400 South
Houston, TX 77042

Zachary Ullman, Esquire
Aldridge Pite, LLP
1615 South Congress Avenue
Suite 200
Delray Beach, FL 33445