**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re   YOLETTE DESROSIERS | : | Case No:  20-14636 pmm |
| | : | Chapter 13 |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Robert Glazer, Esq., hereby certify that service of the **Notice of Rescheduled 341 Meeting** was made upon all interested parties, including any creditors listed on the Matrix, any creditor that filed for notice on Pacer, the Chapter 13 Trustee and the United States Trustee by either electronic filing, if available, or first class mail, postage prepaid on the date set forth below upon the following:

Bank of America, N.A.
PO Box 31785
Tampa, FL 33631-3785


Bank of America, N.A.
c/o KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541


Bank of America, N.A.
c/o Rebecca Ann Solarz
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541


Selene Finance
9990 Richmond, Suite 400 South
Houston, TX 77042-4546

US Department of Education
PO Box 2837
Portland, OR 97208-2837

Wells Fargo Auto
PO Box 5265
Sioux Falls, SD 57117-5265

Wells Fargo
d/b/a Wells Fargo Auto
PO Box 13000
Raleigh, NC 27605-1000

Wilmington Savings Fund Society
d/b/a Christiana Trust
Trustee for Petium Mortgage Acquisition
9990 Richmond Avenue, Suite 400 South
Houston, TX 77042

Wilmington Savings Fund Society
c/o Charles Griffin Wolhrab
Robertson, Anschutz, Schneid & Crane, LLC
10700 Abbotts Bridge Road
Suite 170
Duluth, GA 30097-8461

U.S. Department of Education
c/o Nelnet
121 S. 13th Street
Suite 201
Lincoln, NE 68508-1911

Zachary Ullman, Esquire
Aldridge Pite, LLP
1615 South Congress Avenue
Suite 200
Delray Beach, FL 33445

.

                                                Respectfully submitted,

                                                **McLaughlin & Glazer**

Date: February 25, 2021                  /S/ Robert Glazer_____
                                                Robert Glazer, Esq.
                                                Attorney for Debtor
                                                Attorney ID No:  30234
                                                26 N. Third Street
                                                Easton, PA  18042
                                                610-258-5609
                                                610-258-4353 (fax)
                                                usbcglazer@gmail.com