UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br> Yolette Desrosiers <br><br><br> Debtor | Chapter 13 <br> Bankruptcy No.20-14636-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 22nd day of April, 2021, by first class mail upon those listed below:

Yolette Desrosiers
318 W. Wilkes Barre Street
Easton, PA  18042

**Electronically via CM/ECF System Only:**

ROBERT GLAZER ESQ
MCLAUGHLIN & GLAZER
26 N THIRD STREET
EASTON, PA  18042-3643

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee