United States Bankruptcy Court

Eastern District of Pennsylvania

In re:            Case No. 20-14636-pmm

Yolette Desrosiers            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2

Date Rcvd: May 28, 2021      Form ID: pdf900      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yolette Desrosiers, 318 W. Wilkes Barre Street, Easton, PA 18042-6531 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth,, GA 30097-8461 |
| 14568126 | + | BANK OF AMERICA, N.A., c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14567878 | + | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14580527 | | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 14594390 | | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14575968 | | US Department of Education, PO Box 2837, Portland, OR 97208-2837 |
| 14582615 | + | WILMINGTON SAVINGS FUND SOCIETY, 9990 Richmond Ave. Suite 400 South Attn:, Houston, TX 77042-4546 |
| 14575969 | | Wells Fargo Auto, PO Box 5265, Sioux Falls, SD 57117-5265 |
| 14569176 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14566000 | + | Wilmington Savings Fund Society, d/b/a Christiana Trust, Trustee for Petium Mortgage Acquisition, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |
| 14573629 | + | Wilmington Savings Fund Society, c/o Charles Griffin Wolhrab, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth,, GA 30097-8461 |
| 14566001 | + | Zachary Ullman, Esquire, Aldridge Pite, LLP, 1615 South Congress Avenue, Suite 200, Delray Beach, FL 33445-6326 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2021 01:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 29 2021 01:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14575967 | | Email/Text: bkteam@selenefinance.com | May 29 2021 01:50:00 | Selene Finance, 9990 Richmond, Suite 400 South, Houston, TX 77042-4546 |
| 14579496 | + | Email/Text: electronicbkydocs@nelnet.net | May 29 2021 01:50:00 | U.S. Department of Education c/o Nelnet, 121 S13th St, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14575970 | *+ | Wilmington Savings Fund Society, d/b/a Christiana Trust, Trustee for Petium Mortgage Acquisition, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: May 28, 2021 | Form ID: pdf900 | Total Noticed: 22

14575971    *+    Zachary Ullman, Esquire, Aldridge Pite, LLP, 1615 South Congress Avenue, Suite 200, Delray Beach, FL 33445-6326

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 30, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society cwohlrab@raslg.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| ROBERT GLAZER | on behalf of Debtor Yolette Desrosiers usbcglazer@gmail.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Yolette Desrosiers<br><br><br>                    Debtor | Chapter 13<br><br>Bankruptcy No. 20-14636-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: May 28, 2021**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE